**Opinion issued January 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00129-CV

_____

**JUSDEN A. KUKOWSKI, JESSE DAVID HARTUNG D/B/A H & H HAULING, INC. AND H & H HAULING, INC., Appellants**

**V.**

**BRYCE G. BURTON, Appellee**

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13-CV-1174**

## MEMORANDUM OPINION

The parties have filed an unopposed motion to dismiss the appeal. *See* TEX.

R. APP. P. 10.3(a)(2), 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a).  All pending motions are dismissed as moot.


**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.